IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

In Re:     **KERRY MOODY**            Case No. 16-31964-hcm
             Debtor(s)                 Chapter 13
                                                  Judge: H. Christopher Mott

ORDER EXTENDING TIME TO FILE REQUIRED
STATEMENTS, SCHEDULES, CHAPTER 13 PLAN AND
LISTS PURSUANT TO BANKRUPTCY RULE 1007

The Debtor(s) first motion to extend the filing date having been considered by the United States Bankruptcy Court for the Southern District of Mississippi and as follows:

**IT IS HEREBY ORDERED**, that the time within which the Debtor(s) shall file the Statement of Financial Affairs, Schedules, Chapter 13 Means Test, and Chapter 13 Plan is extended to and including January 9, 2017; and

**IT IS FURTHER ORDERED**, that the Debtor shall (1) certify service on all creditors and interested parties of the Chapter 13 Plan and (2) certify service on the Chapter 13 Trustee of a copy of the Statement of Financial Affairs, Schedules, Chapter 13 Means Test and Chapter 13 Plan upon filing of such documents; and

**DEBTOR IS HEREBY NOTIFIED** that failure to complete the required filings within the extended time allowed by this Order causes the creation of a presumption of unreasonable delay which is prejudicial to creditors; and that failure may result in dismissal of this case, subject to 11 U.S.C. § 109(g)(1), without further notice or a hearing. Debtor(s) are advised that 11 U.S.C. §109(g)(1) prohibits a new filing under Title 11 by an individual debtor for 180 days after dismissal of a case.

cc: Debtor
     Counsel
     U.S. Trustee, Chapter 13 Trustee

### # # # END OF ORDER # # #