```
Label Matrix for local noticing          U.S. BANKRUPTCY COURT                    Ad Astra Recovery
0542-3                                   511 E. San Antonio Ave., Rm. 444         7330 W 33rd St Ste 118
Case 16-31964-hcm                        EL PASO, TX 79901-2417                   Wichita, KS 67205-9370
Western District of Texas
El Paso
Mon Dec 19 15:14:17 CST 2016

Barrett Daffin Frappier Turner & Engel   Central Financial Control                Conns Credit Corp
4004 Belt Line Rd                        Po Box 66044                             3295 College St
#100                                     Anaheim, CA 92816-6044                   Beaumont, TX 77701-4611
Addison, TX 75001-4320


Discover Financial                       First Premier Bank                       Gvt Emp Cu
Po Box 3025                              601 S Minneaplois Ave                    7227 Viscount Blvd
New Albany, OH 43054-3025                Dious FDalls, SD 57104                   El Paso, TX 79925-4891


Nationstar Mortgage                      Nationstar Mortgage LLC                  (p)PORTFOLIO RECOVERY ASSOCIATES LLC
8950 Cypress Waters Blvd                 c/o BDFTE, LLP                           PO BOX 41067
Coppell, TX 75019-4620                   4004 Belt Line Rd Suite 100              NORFOLK VA 23541-1067
                                         Addison, TX 75001-4320


United States Trustee - EP12             Kerry Moody                              Michael R. Nevarez
U.S. Trustee's Office                    323 Rio Verde Dr.                        The Law Offices of Michael R. Nevarez
615 E. Houston, Suite 533                El Paso, TX 79912-3011                   P.O. Box 12247
P.O. Box 1539                                                                     El Paso, TX 79913-0247
San Antonio, TX 78295-1539


Stuart C. Cox
El Paso Chapter 13 Trustee
1760 N. Lee Trevino Dr.
El Paso, TX 79936-4565
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery                       End of Label Matrix
Po Box 41067                             Mailable recipients    15
Norfolk, VA 23541                        Bypassed recipients     0
                                         Total                  15
```