

**Extension granted only through 1/5/2017, given date of creditors meeting. And this is United States Bankruptcy Court, Western District of Texas (not Southern District of Mississippi).**

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 22, 2016.**

_H C Mott_

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

In Re:      **KERRY MOODY**             Case No. 16-31964-hcm
            **Debtor(s)**                  Chapter 13
                                        Judge: H. Christopher Mott

### ORDER EXTENDING TIME TO FILE REQUIRED
### STATEMENTS, SCHEDULES, CHAPTER 13 PLAN AND
### LISTS PURSUANT TO BANKRUPTCY RULE 1007

The Debtor(s) first motion to extend the filing date having been considered by the United States Bankruptcy Court for the Southern District of Mississippi and as follows:

**IT IS HEREBY ORDERED**, that the time within which the Debtor(s) shall file the Statement of Financial Affairs, Schedules, Chapter 13 Means Test, and Chapter 13 Plan is extended to and including January 9, 2017; and

**IT IS FURTHER ORDERED**, that the Debtor shall (1) certify service on all creditors and interested parties of the Chapter 13 Plan and (2) certify service on the Chapter 13 Trustee of a copy of the Statement of Financial Affairs, Schedules, Chapter 13 Means Test and Chapter 13 Plan upon filing of such documents; and

**DEBTOR IS HEREBY NOTIFIED** that failure to complete the required filings within the extended time allowed by this Order causes the creation of a presumption of unreasonable delay which is prejudicial to creditors; and that failure may result in dismissal of this case, subject to 11 U.S.C. § 109(g)(1), without further notice or a hearing. Debtor(s) are advised that 11 U.S.C. §109(g)(1) prohibits a new filing under Title 11 by an individual debtor for 180 days after dismissal of a case.


cc:     Debtor
        Counsel
        U.S. Trustee, Chapter 13 Trustee

### # # # END OF ORDER # # #