**Extension granted only through 1/5/2017, given date of creditors meeting. And this is United States Bankruptcy Court, Western District of Texas (not Southern District of Mississippi).**

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 22, 2016.**

                                              **H. CHRISTOPHER MOTT**
                                     **UNITED STATES BANKRUPTCY JUDGE**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| In Re: | KERRY MOODY | Case No. 16-31964-hcm |
| | Debtor(s) | Chapter 13 |
| | | Judge: H. Christopher Mott |

### ORDER EXTENDING TIME TO FILE REQUIRED STATEMENTS, SCHEDULES, CHAPTER 13 PLAN AND LISTS PURSUANT TO BANKRUPTCY RULE 1007

The Debtor(s) first motion to extend the filing date having been considered by the United States Bankruptcy Court for the Southern District of Mississippi and as follows:

**IT IS HEREBY ORDERED,** that the time within which the Debtor(s) shall file the Statement of Financial Affairs, Schedules, Chapter 13 Means Test, and Chapter 13 Plan is extended to and including January 9, 2017; and

**IT IS FURTHER ORDERED,** that the Debtor shall (1) certify service on all creditors and interested parties of the Chapter 13 Plan and (2) certify service on the Chapter 13 Trustee of a copy of the Statement of Financial Affairs, Schedules, Chapter 13 Means Test and Chapter 13 Plan upon filing of such documents; and

**DEBTOR IS HEREBY NOTIFIED** that failure to complete the required filings within the extended time allowed by this Order causes the creation of a presumption of unreasonable delay which is prejudicial to creditors; and that failure may result in dismissal of this case, subject to 11 U.S.C. § 109(g)(1), without further notice or a hearing. Debtor(s) are advised that 11 U.S.C. §109(g)(1) prohibits a new filing under Title 11 by an individual debtor for 180 days after dismissal of a case.

cc: Debtor
    Counsel
    U.S. Trustee, Chapter 13 Trustee

# # # END OF ORDER # # #

United States Bankruptcy Court
Western District of Texas

In re:  
Kerry Moody  
     Debtor

Case No. 16-31964-hcm  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0542-3    User: yarbrough    Page 1 of 1    Date Rcvd: Dec 22, 2016  
                    Form ID: pdfintp    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2016.  
db          +Kerry Moody,    323 Rio Verde Dr.,    El Paso, TX 79912-3011

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2016 at the address(es) listed below:  
         Abbey U. Dreher    on behalf of Creditor    Nationstar Mortgage LLC wdecf@BDFGROUP.com, marshak@bdfgroup.com  
         Michael R. Nevarez    on behalf of Debtor Kerry   Moody MNevarez@LawOfficesMRN.com, MRN4Bankruptcy@gmail.com  
         Stuart C. Cox    mbeard@ch13elpaso.com  
         United States Trustee - EP12    USTPRegion07.SN.ECF@usdoj.gov  
                                                                                                                                 TOTAL: 4